Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc. d/b/a Integrated Sports Media

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

|  |  |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC. d/b/a INTEGRATED SPORTS MEDIA, | Case No. 4:19-cv-02791-HSG |
| Plaintiff, | PLAINTIFF'S REQUEST TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE; and ORDER |
| vs. | |
| PEDRO ZERPA, et al., | |
| Defendants. | |

**TO THE HONORABLE HAYWOOD S. GILLIAM, JR., THE DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:**

The undersigned counsel for Plaintiff Innovative Sports Management, Inc. d/b/a Integrated Sports Media, respectfully requests for an order continuing the Case Management Conference presently scheduled for Tuesday, August 27, 2019 at 2:00 P.M. to Tuesday, September 17, 2019 at 2:00 P.M., or to another day more convenient for this Honorable Court.

This request is necessitated by the fact that Plaintiff's counsel will be in trial before the Honorable Cathy Bencivengo that same day in San Diego, California, in the matter of *G & G Closed Circuit Events, LLC v. Ruiz,* Case No. 3:18-cv-00464-CAB-MDD (USDC SDCA).

///

Defendants' counsel Trevor McCann has informed Plaintiff's counsel that he does not oppose this continuance request, and is also available on the proposed rescheduled Case Management Conference date (Tuesday, September 17, 2019).

**WHEREFORE,** Plaintiff respectfully requests an order continuing the Case Management Conference presently scheduled for Tuesday, August 27, 2019 at 2:00 P.M. to Tuesday, September 17, 2019 at 2:00 P.M., or to another day more convenient for this Honorable Court.

Respectfully submitted,

Date: August 19, 2019

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
Innovative Sports Management, Inc. d/b/a Integrated Sports Media

///
///
///
///
///
///
///
///
///
///
///
///
///
///

# **ORDER**

It is hereby ordered that the Case Management Conference in civil action number 4:19-cv-02791-HSG styled *Innovative Sports Management, Inc. v. Zerpa, et al.*, is hereby continued from Tuesday, August 27, 2019 to a new date of September 17, 2019 at 2:00 p.m.

**IT IS SO ORDERED**:

Dated: 8/20/2019

**THE HONORABLE HAYWOOD S. GILLIAM, JR.**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///
///
///
///
///
///
///
///