Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc. d/b/a Integrated Sports Media

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC. d/b/a INTEGRATED SPORTS MEDIA, | Case No. 4:19-cv-02791-HSG |
| Plaintiff, | PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE FOR THE INITIAL CASE MANAGEMENT CONFERENCE; and ORDER (as modified) |
| vs. | |
| PEDRO ZERPA, et al., | DATE: Tuesday, September 17, 2019 |
| Defendants. | TIME: 2:00 P.M. |

**TO THE HONORABLE HAYWOOD S. GILLIAM, JR., THE DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:**

The undersigned counsel for Plaintiff Innovative Sports Management, Inc. d/b/a Integrated Sports Media, respectfully requests the opportunity to appear telephonically for the upcoming Initial Case Management Conference presently scheduled for Tuesday, September 17, 2019 at 2:00 P.M.

This request is necessitated by the fact that Plaintiff's counsel's law firm is located in South Pasadena, Los Angeles County, outside the Oakland Division of this Honorable Court.

**WHEREFORE,** Plaintiff respectfully requests that Plaintiff's counsel be permitted to appear by telephone for the Initial Case Management Conference presently scheduled for Tuesday, September 17, 2019 at 2:00 P.M.

Respectfully submitted,

Date: August 21, 2019

_/s/ Thomas P. Riley_
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
Innovative Sports Management, Inc. d/b/a Integrated
Sports Media

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

## ORDER

It is hereby ordered that Thomas P. Riley, Plaintiff's lead trial counsel in civil action number 4:19-cv-02791-HSG styled *Innovative Sports Management, Inc. d/b/a Integrated Sports Media v. Zerpa, et al.* is hereby granted permission to appear telephonically at the Initial Case Management Conference scheduled for Tuesday, September 17, 2019 at 2:00 P.M.

Plaintiff's counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED**:

Dated:___8/22/2019_____

**THE HONORABLE HAYWOOD S. GILLIAM, JR.**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///
///
///
///
///
///