Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc.
d/b/a Integrated Sports Media

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC. d/b/a INTEGRATED SPORTS MEDIA,<br><br>Plaintiff,<br><br>vs.<br><br>PEDRO ZERPA, et al.<br><br>Defendants. | CASE NO. 4:19-cv-02791-HSG<br><br>ORDER GRANTING AMENDED STIPULATION OF DISMISSAL |

**IT IS HEREBY STIPULATED** by and between Plaintiff Innovative Sports Management, Inc, d/b/a Integrated Sports Media and Defendants Pedro Zerpa, Julio Antonio Martinez, and Fusion Peruvian Grill Corporation that the above-entitled action is hereby dismissed **with prejudice** against Pedro Zerpa, Julio Antonio Martinez, and Fusion Peruvian Grill Corporation and in its entirety.

///

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

DATED: 10/22/2020

*[signature]*

**The Honorable Haywood S. Gilliam, Jr.**
**United States District Court**
**Northern District of California**

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///